**Entered on Docket
August 19, 2009**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**

_____

JORGE L. SANCHEZ, ESQ.
Nevada Bar No. 10434
**SANCHEZ LAW GROUP, Ltd.**
930 S. Fourth St., Suite 211
Las Vegas, Nevada 89101
Tel: (702) 635-8529
Fax: (702) 537-2800
jsanchez@sanchezlawgroup.net
*Attorney for Debtor*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| In Re:  ALFREDO & SONIA SAAVEDRA<br><br>Debtors | )  CASE NO. :  08-23455 MKN<br>)<br>)  Chapter 13<br>)<br>)  Rick Yarnell<br>)  Chapter 13 Trustee<br>)<br>)  Date: August 6, 2009<br>)  Time:  3:30 PM |

## ORDER TO VACATE DISMISSAL

The Debtors having come before this Court for hearing on the date and at the time set forth above with Debtors appearing by and through their legal counsel Jorge L. Sanchez, Esq., of the law firm of Sanchez Law Group, Ltd., and good cause appearing therefore;

1. The Court's order dismissing the case on June 23, 2009 is hereby vacated.

2. Within 10 days of entry of this order the Debtors shall:

    o   File with the court a viabile plan for recovery

- o   File an amended Schedule F
- o   Provide verification of income

DATED:  August 9, 2009

**SANCHEZ LAW GROUP, LTD.**

By: /s/Jorge L. Sanchez
Jorge L. Sanchez, Esq.
Nevada Bar No. 10434
930 S. Fourth St., Suite 211
Las Vegas, Nevada 89101
*Attorney for Debtor*

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, undersigned certifies:

\_\_\_\_\_ The court waived the requirements of LR 9021.

\_\_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.

__X__ I have delivered a copy of this proposed order to all counsel who appeared at hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below:

\_\_\_\_\_ Approved Debtor(s) Attorney/Trustee

\_\_\_\_\_ Disapproved Debtor(s) Attorney/Trustee

_X_\_\_ Failed To Respond Trustee

###