

**Entered on Docket
February 22, 2010**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**

---

**RICK A. YARNALL
CHAPTER 13 BANKRUPTCY TRUSTEE**
701 Bridger Ave Suite 820
Las Vegas, NV  89101
(702) 853-4500
RAY13mail@LasVegas13.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>ALFREDO SAAVEDRA<br>SONIA SAAVEDRA<br><br><br>**Debtors** | Chapter 13<br>BKS-08-23455-MKN<br><br>ORDER DISMISSING CASE FOR FAILURE TO MAKE PLAN PAYMENTS AND DENIAL OF CONFIRMATION<br><br>Hearing Date: 02/04/2010<br>Hearing Time: 1:30 PM |

 The Trustee's Opposition to Confirmation of Plan Combined with Trustee's Recommendation of Dismissal filed in the above-captioned matter having on for hearing, the following parties have appeared: [X] Trustee [ ] Debtors [ ] Attorney for Debtors [ ] Other , and said Motion having been considered by this Court, and good cause appearing therefore;

 IT IS HEREBY ORDERED that confirmation of the Plan is denied and that the above-captioned proceedings under Chapter 13 be DISMISSED for the following reason(s):

- Delinquent Plan payments.

   IT IS FURTHER ORDERED that the Trustee is allowed $750.00 as and for expenses in the administration of this case.

DATED:  02/18/2010

Submitted by:

 /s/  RICK A. YARNALL
Rick A. Yarnall
Chapter 13 Trustee
(clc)

**LR 9021 certification language:**

In accordance with LR 9021, counsel submitting this document certifies as follows (check one);

____The court has waived the requirement of approval under LR 9021.

  X   This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:
        None - no parties appeared

____This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

____I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

###